IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | * |
| v. | *   CIVIL NO. AMD-01-2039 |
| $18,309.00 U.S. CURRENCY<br>      Defendant. | * |

## FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 26th day of September, 2001 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired, and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

4. The defendant property is condemned and all rights, title, and interest of Richard Ang, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

6. The clerk of the court shall provide copies of this order to counsel of record.

_____
Andre M. Davis
United States District Judge